COMMISSIONER OF INTERNAL REVE-NUE, Petitioner, v. Pearl W. DAHL, Executrix of the Estate of Chester T. Dahl, Deceased, Respondent.

No. 8621.

Circuit Court of Appeals, Ninth Circuit.

May 13, 1938.

James W. Morris, Asst. Atty. Gen., and Sewall Key and Lester Gibson, Sp. Assts. to Atty. Gen., for petitioner.

Ezra W. Decoto, of Oakland, Cal., for respondent.

Before WILBUR, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon motion of counsel for petitioner, counsel for respondent consenting thereto, it is ordered that the petition to review in this cause be dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court issue forthwith.

COMMISSIONER OF INTERNAL REVE-NUE v. UNION GUARDIAN TRUST COMPANY, as Administrator with Will Annexed of the Estate of Carl H. L. Flintermann, Deceased.

No. 7571.

Circuit Court of Appeals, Sixth Circuit.

May 3, 1938.

L. A. Luce, of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be and the same is dismissed, pursuant to stipulation of counsel.

COMMISSIONER OF INTERNAL REVE-NUE, Petitioner, v. J. Russell WAIT and Katharyn Wait, Respondents.

No. 8578.

Circuit Court of Appeals, Fifth Circuit.

June 6, 1938.

Howard P. Locke, Sewall Key, J. Louis Monarch, and Berryman Green, Sp. Assts. to Atty. Gen., James W. Morris, Asst. Atty. Gen., and Frank M. Thompson, Sp. Atty., Bur. Int. Rev., of Washington, D. C., for petitioner.

D. A. Simmons, of Houston, Tex., for respondents.

Before FOSTER, SIBLEY, and HOLMES, Circuit Judges.

PER CURIAM.

The judgment is reversed and the cause remanded on the authority of Helvering, Com'r of Internal Revenue v. Gerhardt, 58 S.Ct. 969, 82 L.Ed. ——, decided May 16, 1938.